People ex rel. Charles De Leuw and Company, Plaintiff, v. Village of Midlothian, Appellant. Charles De Leuw and Company, Appellee.

Gen. No. 40,616. (Abstract of Decision.)

Heard in second division, first district, this court at October term, 1938; opinion filed May 28, 1940. Paul T. Klenk, for appellant; Franklin W. Klein, of counsel; Langworthy, Stevens & Bartlit, for appellee; B. F. Langworthy, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."

Frieda Rosinski, Appellee, v. Metropolitan Life Insurance Company, Appellant.

Gen. No. 40,633. (Abstract of Decision.)

Heard in second division, first district, this court at April term, 1939; opinion filed May 28, 1940. Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and Ira W. Hurley, of counsel; Ewart Harris, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."